UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| DR. ORLY TAITZ, ESQ, PRO SE,<br><br>    Plaintiff,<br><br>        v.<br><br>KATHY RUEMMLER, WHITE HOUSE COUNSEL,<br><br>    Defendant. | )<br>)<br>)<br>)<br>)  Civil Action No. 11-CV-01421-RCL<br>)  The Honorable Royce C. Lamberth<br>)<br>)<br>)<br>)<br>) |

## NOTICE OF APPEARANCE

PLEASE TAKE NOTICE that Patrick G. Nemeroff will appear in this action as lead counsel on behalf of Defendant Kathy Ruemmler, White House Counsel.

Dated: September 29, 2011

Respectfully submitted,

TONY WEST
Assistant Attorney General

ELIZABETH SHAPIRO
Assistant Director
Civil Division, Federal Programs Branch

**/s/ Patrick G. Nemeroff**
Patrick G. Nemeroff
CA Bar No. 268928
Trial Attorney
Civil Division, Federal Programs Branch
United States Department of Justice
20 Massachusetts Avenue, NW
Washington, DC 20001
Phone:  (202) 305-8727
Fax:  (202) 616-8460
E-mail: patrick.g.nemeroff@usdoj.gov

Attorneys for Defendants

*For overnight mail or courier delivery*:	Patrick G. Nemeroff
	Trial Attorney
	Civil Division, Federal Programs Branch
	United States Department of Justice
	20 Massachusetts Avenue, NW, Room 5381
	Washington, DC 20001