**DR. ORLY TAITZ, ESQ**
**ATTORNEY PRO SE**
**29839 SANTA MARGARITA PARKWAY, STE 100**
**RANCHO SANTA MARGARITA CA 92688**
**TEL: (949) 683-5411; FAX (949) 766-7603**
**E-MAIL: ORLY.TAITZ@GMAIL.COM**

UNITED STATES DISTRICT COURT

FOR THE  DISTRICT OF COLUMBIA

| | |
|---|---|
| Dr. ORLY TAITZ, ESQ, PRO SE | § |
| Plaintiff, | § Freedom of information violation |
| | § 5USC §552 |
| v. | § CASE #  11-cv-1421 |
| | § Honorable Royce Lamberth |
| Kathy Ruemmler in her capacity | § presiding |
| as the White House counsel | § Opposition to Defendant's |
| and custodian of records | § motion for summary judgment and |
| | § Oral argument and emergency 20 |
| day hearing requested | |

RECEIVED
Mail Room

OCT 1 2 2011

Angela D. Caesar, Clerk of Court
U.S. District Court, District of Columbia

Plaintiff herein, Dr.  Orly Taitz, ESQ, hereinafter "Taitz" opposes Defendant's

Motion for Summary Judgment. Opposition is based on the memorandum of points

and authorities attached herein and on oral argument, that is requested by the Plaintiff.

## MEMORANDUM OF POINTS AND AUTHORITIES

Defendant filed her motion for summary judgment based upon one point only. She is claiming, that she is not subject to FOIA.  Plaintiff opposes thin claim for following reasons:

### A. DEFENDANT CONCEDES, THAT THE WHITE HOUSE IS A GOVERNMENTAL AGENCY, SUBJECT TO FOIA

Defendant states:" As revised in 1974, FOIA defines the term "agency" to include any department, military, department, Government corporation, Government controlled corporation, or other establishment in the executive branch of the Government, including the **EXECUTIVE OFFICE OF THE PRESIDENT)**, or any independent regulatory agency. " 5 U.S.C. §552(f) (emphasis added).

Defendant brings forward Citizens for Responsibility and Ethics in Washington, 566 F. 3d at 222-23 ("common to every cause in which we have held that an EOP (Executive Office of the President) unit is subject to FOIA has been a finding that **the entity in question "wielded substantial authority independently of the president"** (quoting Sweetland v Walters, 60 F.3d 852, 854 (D.C. Cir 1995) (per curiam))).

### B. FORMER WHITE HOUSE COUNSEL ROBERT BAUER WIELDED AUTHORITY INDEPENDENTLY OF THE PRESIDENT AND SUBJECT TO FOIA IN REGARDS TO THOSE FUNCTIONS

Plaintiff agrees with the defense in that usually White House Counsel is engaged in advising the President and such advise would not be subject to

FOIA. Plaintiff points to Exhibit 1, April 27, 2011, 8:48am Press conference, given by the White House Counsel Robert Bauer, Director of Communications Dan Pfeiffer and Press Secretary Jay Carney. In this case,- White House Counsel wielded upon himself substantial authority, independently of the President. Bauer colluded with a number of other individuals to put forward a computer generated forgery, claiming it to be a certified true and correct copy of Mr. Obama's birth certificate in order to legitimize Mr. Obama's presidency, shield Mr. Obama from this forgery, mislead media and public at large and serve as a custodian of the record in question.

At the press conference on April 27, 2011, held at 8:48 am, right before the press conference, conducted by the President, Mr. Robert Bauer, White House Counsel appeared before the reporters, claiming to have two separate certified copies of Mr. Obama's birth certificate from the state of Hawaii. (See Exhibit 1A, affidavit of Orly Taitz, attesting to the fact, that the Exhibit 1 is a true and correct copy of the WhiteHouse.gov posting of the April 27 press conference by Bauer, Carney and Pfeiffer http://www.whitehouse.gov/the-press-office/2011/04/27/press-gaggle-press-secretary-jay-carney-4272011"During the press conference even mostly far left, pro-Obama reporters doubted authenticity of the document

Q "And this is going to sound-I mean, you can just anticipate what people are going to -remain unconvinced. They're going to say that this is just a photocopy of a piece of paper, you could have typed anything in there. Will the actual certificate be on display or viewable at any-(laughter)

Q "Will the President be holding it?"

Mr. Pfeiffer: "He will not, and I will not leave it here for him to do so. But it will-the Health Department of Health in Hawaii will obviously attest that that

is a -what they have on file. As Bob (Bauer-WH counsel) said, it's in a book in Hawaii.

Mr. Bauer: And you'll see the letter from the director of Health Department that states she oversaw the copy and is attesting to it."

Clearly, in this instance Mr. Bauer went outside the traditional function of advising the President and goes further buy colluding with others in attempting to authenticate forgery and shielding Mr. Obama.

Exhibits 3, 4, 5, 6 clearly show, that the document, that Mr. Bauer referred to is a forgery.

a. Mr. Bauer claims that the document is a copy of the original on file. In those years, in 1961, the documents were on white paper, not green safety paper. Alleged true and correct copy would be on white paper, which shows, that the "document" provided to the public is not a copy of the original 1961 document.

b. Multiple certified copies of similar long form birth certificates are readily available on the Internet, among them a long form birth certificate of Susan Nordyke, who was born just one day after Mr. Obama, on August 5th, 1961. It shows clear signs of paper aging, with multiple yellow stains all over the document. Enlarged Nordyke long form birth certificate is provided as Exhibit 6.    Obama' alleged certified copy does not contain any paper aging signs, which would be expected in a 50 year old document. Unless former White House Counsel, Robert Bauer, invented an elixir of youth, which he sprinkled all over the document, such lack of paper aging in a 50 year old document is impossible.

c. Even if one was to copy the document in question on safety paper, he would see four defined borders of the document. While forgers attempted to create a border on the left side of the document, which resembles a fold in the book,

there is no border on the right. The document blends with the background of the safety paper, which is a clear sign of forgery.

d. Affidavit of Adobe illustrator expert, Chito Papa, shows that the document was created on a computer by positioning layers of different document, cutting and pasting parts of different documents and filling in the blanks with computer graphics. This is clearly visible by examining the signature of Obama's mother, Stanley Ann Dunham. It appears they lifted the signature of a later document, where she signed as Stanley Ann D. Soetoro. They deleted Soetoro from the signature made by ink and  added to letter D "unham Obama" by virtue of computer graphics, which didn't even exist 50 years ago. Additionally, why would Ms. Dunham sign part of her signature in ink and the rest by computer graphics?

e. As evidenced by affidavits of Paul Irey and Douglas Vogt, forgers used multiple types of typesetting. The letters do not match, which is a clear sign of forgery.

f. There is kerning in the document, meaning that typed letters are encroaching in the space of other letters, which is possible only with computer graphic and not possible with typing used fifty years ago.

g. One can see that the serial number of the document does not match the serial numbers of other documents issued at a time. When one examines attached birth certificate of Susan Nordyke, her certificate number is 10637, lower number, even though the document was signed and issued several days later.

h. There are numerous other signs of forgery within the document, described in Exhibits 2-6.

i. The whole exercise of Perkins Coie Attorney, Judy Corley, travelling to HI sometime on Thursday April 22, right after signing of the request by Obama, in order to provide the Director of Health with the request on Friday, April 23rd

and traveling back to DC on April 26, after the document was authenticated and stamped on April 25th, does not make any sense. Corley is a high paid attorney in one of the best connected firms in the country. This is a firm, that places its' employees as attorney- law clerks to most high ranked judges in the country, and for this reason, dictates the highest rates of compensation. Corley's hourly billing must be $500 at least, possibly as high as $600 or even $1,000 an hour. For such a highly paid attorney to spend five days on a trip to Hi, might cost as much as $50,000 in legal fees alone, not counting hotel, air fare and incidentals. Why would someone spend such an enormous amount, in order to bring back a document, which costs $50 to send by FedEX or overnight mail? The only reasonable explanation, is to create an aura of legitimacy, authenticity, chain of custody and attempt to cut off any and all attempts to access the original, allegedly on file.     What is most telling is that even  after such an enormous expense, the troika of Bauer, Pfeiffer and Carney would not allow Obama to even hold the document and would not even leave it for him to look at, during the press conference.

 Bauer, Pfeiffer, Carney and others formed a ring within the EOP, where they not only engaged in "wielding substantial authority" in attempting to give an aura of legitimacy,  authenticity and chain of custody to this forgery, but they kept the President away from the document, by saying, that he would not even touch it and they will not even have this "document" in the same room, where Obama would be giving his now infamous "birthers are side show and carnival barkers", kill the messenger speech.     As such, actions of the White House counsel in relation to this particular document stripped the exemption from FOIA requests, which is typically granted to the White House counsel. As such, the documents in question,  the allegedly existing two separate certified copies

of the original 1961 birth certificate of Barack Obama should be provided under
FOIA request.

## AT ISSUE IS NOT THE SUBSTANCE OF THE DOCUMENT, BUT FORGERY IN PREPARATION OF THE DOCUMENT AND USE OF THE OFFICE OF THE WHITE HOUSE COUNSEL AS A CUSTODIAN OF THE RECORD

Yet again following the spirit of the Citizens for Responsibility in Ethics in

Washington, that ruled  The court's unanimous opinion in *Citizens for*

*Responsibility and Ethics in Washington v. Office of Administration*, 566 F.3d 219

(D.C. Cir. 2009), said the office was not subject to the FOIA "because it performs

only operational and administrative tasks in support of the President and his staff

and therefore, under [D.C. Circuit] precedent, lacks substantial independent

authority." The FOIA, at 5 U.S.C. 552(a), requires covered federal entities to

disclose information to the public unless the requested information falls within one

of the statute's exemptions.


Circuit Judge Thomas Griffith authored the opinion, which will allow the OA to

keep information about millions of missing e-mails from the George W. Bush

Administration secret. The e-mails were lost during Bush's first term when the

administration failed to install electronic record-keeping for e-mail as it switched

to a new system.

Citizens for Responsibility and Ethics in Washington (CREW) filed the federal

lawsuit after the OA failed to comply with CREW's April 2007 FOIA request for

all available information surrounding the missing e-mails, including reports

analyzing potential problems with the system, records of retained e-mails and

possibly missing messages themselves and other documents discussing plans to

find the missing e-mails. The OA initially said it would comply with the request,

but did not turn over any information, or provide a timetable for when it would do

so.

According to the court opinion, the OA eventually produced some of the records,

but only "as a matter of administrative discretion." OA refused to turn more than

3,000 pages of potentially responsive records.

> Clearly the case at hand is different from all other FOIA cases, as it does not
> deal with the subject matter of the documents, but it deals with the authenticity
> of the document made public by the President and his staff.  Moreover, Mr.
> Obama and the Democratic National committee are currently selling T-shirts
> and mugs with the imprint of the alleged certified copy of his 1961 birth
> certificate. Mr. Obama is raising funds for his reelection campaign by selling
> those T-shirts and mugs and flaunting the document in question in front of the
> whole Nation. This case differs from Citizens for Responsibility in that the
> substance of the document is no longer at issue, the only knowledge that the
> Plaintiff and the Nation are attempting to gain, is whether the document is

genuine.  On the issue of authenticity of the document the office of the White House Counsel acted not only with substantial independent authority, but also with breathtaking arrogance or criminality, by keeping the actual document away from the president, where when asked

Q "Will the President be holding it?"

Mr. Pfeiffer, communications director, giving press conference together with the White House Counsel  responded "He will not, and I will not leave it here for him to do so".  The White House Counsel, Communications Director and Press Secretary took upon themselves an independent authority to keep any knowledge of the authenticity of the document away from the President. They made and independent decision, where the President would not even hold the document in his hands and it will not be left in the room for him to see. This behavior shows, that

a. The substance of the document was already released

b. The knowledge of authenticity of the document was kept away from the President, or at least an impression is created, that the President had no knowledge in regards to its authenticity. The President was treated either as a puppet by a clique of individuals with real authority or those individuals were trying to create an impression, that the President is a puppet. It is clear, that on the issue of authenticity of the document, White House Counsel exceeded the parameters given to him by law, as an adviser, and undertook independent authority, which stripped the office of the White House Counsel of the usual protection of  FOIA exemption as far as this particular document is concerned.

## CRIMINALITY EXCEEDS FOIA EXEMPTION PROTECTION AND IN ABSENCE OF  ANY MEANINGFUL LAW ENFORCEMENT FROM OTHER BRANCHES IN THE GOVERNMENT, FOIA BECOMES THE

## ONLY REAL MEAN OF TRANSPARENCY AND CRIME ABATEMENT IN THE GOVERNMENT

The only prior case, resembling ObamaFraudGate is Watergate. During Watergate there were no FOIA requests, but John Dean, White House counsel cooperated with the FBI and the Department of Justice. Today we leave in a time, where no independent investigation is being done by either Congress or the Department of Justice. All requests for assistance sent to the Attorney General went unanswered. Today we live in a time, where our Attorney General Eric Holder, not only did not act to assure legitimacy of the U.S. Presidency in ObamafraudGate, but he appears to be knowingly allowing sales of assault weapons to the drug cartels in Mexico. As such, the citizens of this nation cannot rely on the Department of Justice to assure lawful conduct in the White house. The only avenue left for the citizens, such as Plaintiffs, is through the FOIA requests, to get knowledge in regards to authenticity of records and demand the court to further assure lawfulness of behavior of the defendant.

### Conclusion

Due to the fact, that the White House Counsel exceeded his authority of advising the President and engaged in behavior, where he exerted independent authority on the issue of authenticity of the alleged certified copy of Mr. Obama's 1961 long form birth certificate, and kept the authenticity of the document away from the President, his actions exceeded usual protection of FOIA exemption, so the FOIA request should be granted.

### Exhibit 1

Go to homepage.

- The White House Blog
- Photos & Videos

Taitz v Ruemmler Opposition to Motion for Summary Judgment                 10

- o Photo Galleries
- o Video
- o Live Streams
- o Podcasts

★ ★ ★

Home • Briefing Room • Press Briefings

Search WhiteHo

Search

The White House

Office of the Press Secretary

For Immediate Release

April 27, 2011

## Press Gaggle by Press Secretary Jay Carney, 4/27/2011

8:48 A.M. EDT

MR. CARNEY: Good morning, everybody. You can read the paperwork we just handed out in a minute. Let me just get started. Thank you for coming this morning. I have with me today Dan Pfeiffer, the President's Director of Communications, as well as Bob Bauer, the President's White House Counsel, who will have a few things to say about the documents we handed to you today. And then we'll take your questions. I remind you this is off camera and only pen and pad, not for audio. And I give you Dan Pfeiffer.

MR. PFEIFFER: Thanks, Jay. What you have in front of you now is a packet of papers that includes the President's long-form birth certificate from the state of Hawaii, the original birth certificate that the President requested and we posted online in 2008, and then the correspondence between the President's counsel and the Hawaii State Department of Health that led to the release of those documents.

If you would just give me a minute to -- indulge me a second to walk through a little of the history here, since all of you weren't around in 2008 when we originally released the President's birth certificate, I will do that.  And then Bob Bauer will walk through the timeline of how we acquired these documents.

In 2008, in response to media inquiries, the President's campaign requested his birth certificate from the state of Hawaii.  We received that document; we posted it on the website. That document was then inspected by independent fact checkers, who came to the campaign headquarters and inspected the document -- independent fact checkers did, and declared that it was proof positive that the President was born in Hawaii.

To be clear, the document we presented on the President's website in 2008 is his birth certificate.  It is the piece of paper that every Hawaiian receives when they contact the state to request a birth certificate.  It is the birth certificate they take to the Department of Motor Vehicles to get their driver's license and that they take to the federal government to get their passport.  It is the legally recognized document.

That essentially -- for those of you who followed the campaign closely know that solved the issue.  We didn't spend any time talking about this after that.  There may have been some very fringe discussion out there, but as a campaign issue it was settled and it was --

Q    When you posted this did you post the other side of it where the signature is?

MR. PFEIFFER:  Yes.

Q    Because it is not here and that's been an issue.

MR. PFEIFFER:  We posted both sides and when it was looked at it was looked at by -- the fact checkers came to headquarters and actually examined the document we had.

That settled the issue.  In recent weeks, the issue has risen again as some folks have begun raising a question about the original -- about the long-form birth certificate you now have in front of you.  And Bob will explain why -- the extraordinary steps we had to take to receive that and the legal restraints that are in place there.

But it became an issue again.  And it went to -- essentially the discussion transcended from the nether regions of the Internet into mainstream political debate in this country.  It became something that when both Republicans and Democrats were talking to the media they were asked about.  It was a constant discussion on mainstream news organizations.  And the President believed that it was becoming a distraction from the major issues we're having in this country.

And he was particularly struck by the fact that right after the Republicans released their budget framework and the President released his, we were prepared to have a very important, very vigorous debate in this country about the future of the country, the direction we're going to take, how we're doing to deal with very important issues like education, Medicare, how we're

going to deal with taxes in this country. And that should -- that's the debate we should be having yet.

What was really dominating a lot of discussion was this fake controversy, essentially, a sideshow, that was distracting from this real issue. And an example of that would be when major Democrats and Republicans went onto mainstream news organizations to talk about their budget plans -- including the President -- they were asked about this. They were asked about what they thought about the controversy. They were asked if they believed the President was born in the United States. And it was really a distraction.

That really struck the President, led him to ask his counsel to look into whether we could ask the state of Hawaii to release the long-form certificate, which is not something they generally do. And he did that despite the fact that it probably was not in his long-term -- it would have been in his -- probably in his long-term political interests to allow this birther debate to dominate discussion in the Republican Party for months to come. But he thought even though it might have been good politics, he thought it was bad for the country. And so he asked counsel to look into this.

And now I'll have Bob explain that, and then we'll take your questions.

MR. CARNEY: I just want to -- sorry, I meant to mention at the top, as some of you may have seen, the President will be coming to the briefing room at 9:45 a.m., making a brief statement about this -- not taking questions, but just wanted to let you know.

MR. PFEIFFER: And he will use this as an opportunity to make a larger point about what this debate says about our politics.

Go ahead, Bob.

MR. BAUER: Early last week the decision was made to review the legal basis for seeking a waiver from the longstanding prohibition in the state Department of Health on releasing the long-form birth certificate. And so we undertook a legal analysis and determined a waiver request could be made that we had the grounds upon which to make that request.

And by Thursday of last week, I spoke to private counsel to the President and asked her to contact the State Department of Health and to have a conversation about any requirements, further requirements, that they thought we had to satisfy to lodge that waiver request. She had that conversation with the state Department of Health on Thursday -- counsel in question is Judy Corley at the law firm of Perkins Coie, and you have a copy of the letter she subsequently sent to the department with the President's written request.

The department outlined the requirements for the President to make this request. He signed a letter making that request on Friday afternoon upon returning from the West Coast. And private counsel forwarded his written request -- written, signed request -- along with a letter from counsel, to the state Department of Health on Friday.

The department, as I understood it, after reviewing the law and reviewing the grounds asserted in the request, came to the conclusion that a waiver could be appropriately granted. We were advised that the long-form birth certificate could be copied and made available to us as early as Monday, April 25th -- the day before yesterday. And we made arrangements for counsel to travel to Honolulu to pick it up and it was returned to the White House yesterday afternoon.

Let me emphasize again, there is a specific statute that governs access to and inspection of vital records in the state of Hawaii. The birth certificate that we posted online is, in fact, and always has been, and remains, the legal birth certificate of the President that would be used for all legal purposes that any resident of Hawaii would want to use a birth certificate for.

However, there is legal authority in the department to make exceptions to the general policy on not releasing the long-form birth certificate. The policy in question, by the way, on non-release has been in effect since the mid-1980s, I understand. So while I cannot tell you what the entire history of exceptions has been, it is a limited one. This is one of very few that I understand have been granted for the reasons set out in private counsel's letter.

MR. PFEIFFER: We'll be happy to take some questions.

Q   I guess I just want to make sure that we're clear on this. Even though this one says "certificate of live birth" on here, this is different than the other certificate of live birth that we've seen?

MR. PFEIFFER: Yes. The second page there is the one that was posted on the Internet.

Q   Okay.

MR. PFEIFFER: And that is a copy of the one that has been kept at the Hawaii Department of Health.

Q   Okay. And this is the one that would be referred to -- that people have been asking for that is the birth certificate?

MR. PFEIFFER: They are both -- the second one is the birth certificate. The one on the top is what is referred to as the long-form birth certificate. As you can see -- and Bob can walk you through it -- it contains some additional information that is not on the second page, which was the birth certificate which was released during the campaign.

If you could just explain the difference.

MR. BAUER: There's a difference between a certificate and a certification. The certification is simply a verification of certain information that's in the original birth certificate. The birth certificate, as you can see, has signatures at the bottom from the attending physician, the local registrar, who essentially oversees the maintenance of the records. It contains some additional information also -- that is to say, the original birth certificate -- it contains some

additional information like the ages of the parents, birthplaces, residence, street address, the name of the hospital.

The core information that's required for legal purposes and that is put into the actual certification that's a computer-generated document, which we posted in 2008, that information is abstracted, if you will, from the original birth certificate, put into the computerized short-form certification, and made available to Hawaiian residents at their request.

So the long form, which is a certificate, has more information, but the short form has the information that's legally sufficient for all the relevant purposes.

Q   This first one has never been released publicly, correct?

MR. BAUER:  That's correct.  It is in a bound volume in the records at the state Department of Health in Hawaii.

Q   Bob, can you explain why President Obama let this drag on for four years?  Was it Donald Trump that prompted you to issue this?

MR. BAUER:  I'll let Dan --

MR. PFEIFFER:  Sure.

Q   I know you expected that question, right?  (Laughter.)
MR. PFEIFFER:  He even said you would be the one who would ask it.  (Laughter.)

I don't think this dragged on for four years because this was a resolved -- for those of you who remember the campaign, this issue was resolved in 2008.  And it has not been an issue, none of you have asked about it, called about it, reported on it until the last few weeks.

And as I said earlier, it probably would have been -- a lot of the pundits out there have talked about the fact that this whole birther debate has been really bad for the Republican Party and would probably be good for the President politically.  But despite that, the President, as I said, was struck by how this was crowding out the debate, particularly around the budget, on important issues, and was an example of the sort of sideshows that our politics focuses on instead of the real challenges that we have to confront as a country.

And so that's why he made this decision now, because it became an issue that transcended sort of this -- it essentially was something that was talked about, as I said, from the nether regions of the Internet onto mainstream network newscasts.  In fact, Jay has been asked about this just yesterday in this room.

Q   So I guess the implication is that you did get political advantage by having not released this until today, over the course of the last four years?

MR. PFEIFFER:  There has been -- no one that I can recall actually asked us to -- we were asked to release the President's birth certificate in 2008.  We did that.  And then no one -- it never -- up until a few weeks ago, there was never an issue about that that wasn't the birth certificate from any credible individual or media outlet.  And it hasn't been until -- I mean, Jay was asked about this yesterday --

Q   When you say that, you mean certification -- you released the certification?

MR. PFEIFFER:  When any Hawaiian wants -- requests their birth certificate because they want to get a driver's license, they want to get a passport, they do exactly what the President did in 2008.  And that's what that is.  And we released that.  And that's what any Hawaiian would do to release their birth certificate.  And that was good enough for everyone until very recently this became a question again.  And so the President made this decision.  He'll talk to you more about his thinking on that.

Q   And this is going to sound -- I mean, you can just anticipate what people are going to -- remain unconvinced.  They're going to say that this is just a photocopy of a piece of paper, you could have typed anything in there.  Will the actual certificate be on display or viewable at any -- (laughter.)

Q   Will the President be holding it?

MR. PFEIFFER:  He will not, and I will not leave it here for him to do so.  But it will -- the State Department of Health in Hawaii will obviously attest that that is a -- what they have on file.  As Bob said, it's in a book in Hawaii.

MR. BAUER:  And you'll see the letter from the director of the Health Department that states that she oversaw the copy and is attesting to --

Q   But do you understand that this could quiet the conspiracy theorists?

MR. PFEIFFER:  There will always be some selection of people who will believe something, and that's not the issue.  The issue is that this is not a discussion that is just happening among conspiracy theorists.  It's happening here in this room; it's happening on all of the networks.  And it's something that, as I said, every major political figure of both parties who's actually out trying to talk about real issues is asked about this by the media.  And so the President decided to release this.  And I'll leave it to others to decide whether there's still -- there will be some who still have a different -- have a conspiracy about this.

Q   You've got two certified copies, according to this study.  You have these physical --

MR. PFEIFFER:  Yes.  I showed you one.  Just one.

Q   You showed us a photocopy of one.

MR. PFEIFFER:  No, I showed you --

Q   Does that have a stamp?

MR. PFEIFFER:   It has a seal on it.

Q   Why does this rise to the level of a presidential statement?

MR. PFEIFFER:   The President -- this in itself -- when you hear the President I think you'll understand the point he's making.  That will be in not too long.

Q   Did the President change his own mind about this?  In other words, was he advocating during the campaign let's just put it out there and get it over with, or was this an internal shift in thinking based -- in other words, was it the President who steadfastly during the campaign said this is ridiculous, I don't want to give this any more ground, and has now changed his mind? Or is this the --

MR. PFEIFFER:   Let's be very clear.  You were there for the campaign.  There was never a question about the original birth certificate during the campaign.  It was a settled issue.  I was there for the original decision to release the birth certificate. I was there when we posted it online.  I'm not sure I even knew there was an original one that was different than the one we posted online because it wasn't an issue.  So it wasn't like -- let's be very clear.  We were asked for the President's birth certificate in 2008; we released the President's birth certificate; and it was done.  That was it.

And so there hasn't been a discussion about this other document for years.  It's only been in the last few weeks.  And so to your second question, the President decided to do this and he'll talk about this when he gets here -- decided to do it at the timeline that Bob laid out because it was a -- this was a sideshow that was distracting from the real challenges that we're facing.

It's not just a sideshow for him; it's a sideshow for our entire politics that have become focused on this.

Q   Not to give Donald Trump more publicity than he has, but is he the person who sort of -- sort of that bridge between what you're calling a fringe and the mainstream?  Do you think that he's the reason why this tripped the switch to a level where you now have to deal with something you thought was dealt with?

MR. PFEIFFER:   It's not for me to say why mainstream media organizations began to cover this debate.  They'll have to answer that for themselves.

Q   How concerned were you about running against Donald Trump in a general election?

MR. PFEIFFER:   I'd refer any questions on the election to the campaign.

Q   Can you address the reports of Petraeus to the CIA and DOD --

MR. PFEIFFER:  You get points for that, Carol.  (Laughter.)

MR. CARNEY:  Yes.  I don't have -- but you'll be disappointed to learn that I don't have a personnel announcement for you.  The President will be addressing this -- questions about personnel tomorrow.

Q   Dan, was there a debate about whether or not this deserved being discussed by the White House, whether or not -- and I'm going back to the birth certificate.  I lose points, I understand.  But was there debate about whether or not this was worthy of the White House?

MR. PFEIFFER:  The point I'd make is that we weren't the ones who -- we're not the first ones to bring this up in this room.  Jay has been asked questions about this; the President has been asked about it in media interviews.  And so that wasn't a decision that we made, and the President made the decision to do this and he made the decision to -- and when he comes down here this morning he'll talk to you about why he thinks there's an important point to be made here.

Q   Getting back to the personnel announcements, does the President understand that these announcements have been made and sourced satisfactorily for most news organizations before he speaks up and he's not letting his White House corroborate?

MR. CARNEY:  I don't have a comment on that for you, Bill.  (Laughter.)

Q   I mean, this is such BS.  It's all out there and you guys are -- okay, the President is going to talk about this tomorrow so we can't say anything.

MR. CARNEY:  Bill, you're free to make phone calls everywhere you can.  I'm just saying that we don't have a personnel announcement for you today.

Q   And he'll tomorrow, he'll cover all the aforementioned switches?

MR. CARNEY:  We'll have a personnel announcement tomorrow.

Q   Jay, yesterday you talked about failsafe triggers as sort of a positive alternative to spending cuts.  I'm wondering if the White House has any openness to including that, because it's a White House proposal, including that in any legislation that would raise the debt ceiling limit.

MR. CARNEY:  Well, what we've said very clearly, and I think Secretary Geithner said it eloquently yesterday, it is a dangerous, risky idea to hold hostage any other -- hold hostage, rather, raising the debt ceiling, a vote on raising the debt ceiling, to any other piece of legislation.  The commitment this President has to moving aggressively towards a comprehensive deficit reduction plan is clear.  It will be clear again when the Vice President convenes a meeting, bipartisan, bicameral meeting, next week.  And he hopes that progress will be made on that very quickly.

In terms of negotiating what that would look like, I think the negotiators should do that, led by the Vice President, Republicans and Democrats together. But again, explicitly linking or holding hostage the absolute necessity of raising the debt ceiling to any other piece of legislation and declaring that we'll tank the U.S. economy and perhaps the global economy if we don't get this specific thing that we want, I think is a dangerous and unprecedented thing to do.

And we're confident, remain confident, that the leaders of both parties in Congress, as well as the President, will agree with the President, as I have said many times, that we do not have an alternative to raising the debt ceiling because, as many have said, outside observers, economists and businessmen and women, the impact of that would be calamitous at best.

Q   So even though it's your own proposal that you guys endorsed you don't want to see it as part of the final package?

MR. CARNEY:  I'm not negotiating individual pieces of a package that we hope Republicans and Democrats can come together around from this podium. But again, we believe it's essential to -- the President believes -- that's one of the reasons why we're doing this right now -- we believe that these are big debates that need to be had. They can be contentious, argumentative, serious, comprehensive, detailed, because they're important; they're all about America's future. And they're about visions of this country and where we're going that need to be debated. And this debate was being crowded out in many ways by a sideshow.

And he looks forward to having a debate on the real issues that Americans want us to talk about -- long-term economic plans, deficit reduction, investments in the kinds of things that will help this economy grow and create jobs, dealing with our energy needs, a long-term energy plan. These are all issues that have been sidetracked at least in the public debate by some of the issues that we're talking about this morning.

Q   Is there a concern that more and more people were actually starting to believe its sideshow -- I mean, people have been asking about --

MR. CARNEY:  I will let the President speak for himself, but what Dan was saying and I think is important is that the issue here is that the President feels that this was bad for the country; that it's not healthy for our political debate, when we have so many important issues that Americans care about, that affect their lives, to be drawn into sideshows about fallacies that have been disproven with the full weight of a legal document for several years.

So, again, as Dan said, and a lot of political pundits have said, you could say that it would be good politics, smart politics, for the President to let this play out. He cares more about what's good for the country. He wants the debate on the issues. He wants the focus on the issues that Americans care about.

Q   Jay, the President yesterday said that he had been talking to oil exporters about increasing output. Who specifically has he been talking --

MR. CARNEY:  Well, I said -- I want to clarify.  I said several times I believe from this podium when asked questions about our overall handling of the issue of high gas prices that we've had conversations with oil-producing states and allies and those conversations continue.  I don't have specific "the President spoke with this leader or other government officials spoke with others," but those are ongoing conversations that, of course, we would be having in a situation like this.

Q   Do you guys have any comment on the NATO soldiers that were killed in Afghanistan and any confirmation on whether there were Americans?

MR. CARNEY:  I don't have anything for you on that this morning.

Q   Just quickly, back on the birth certificate, yesterday you said this was a settled issue.  So --

MR. CARNEY:  Well, as Dan said, again, it has been a settled issue.

MR. PFEIFFER:  From a factual point of view, it's absolutely a settled issue.  But the fact that it was a settled issue did not keep it from becoming a major part of the political discussion in this town for the last several weeks here.  So there's absolutely no question that what the President released in 2008 was his birth certificate and answered that question, and many of your organizations have done excellent reporting which proved that to be the case.  But it continued; the President thought it was a sideshow and chose to take this step today for the reasons Bob laid out.

Q   Aside from the policy distractions that was presented, did you have some concern because it was sort of reaching back into the mainstream news coverage that this could become a factor in the 2012 election with centrist voters?

MR. PFEIFFER:  No.

Q   Just to clarify what this document is --

MR. PFEIFFER:  This is the -- the letter first and the two certified copies -- this is one of those.  This is the same thing you have a copy of as the first page of your packet.

Q   How did it get here?

MR. PFEIFFER:  As Bob said, it arrived by plane -- the President's personal counsel went to Hawaii and brought it back and we got it last night.

Q   Last night?

MR. PFEIFFER:  Last night.

Q   What time?

MR. PFEIFFER: Between 4:00 p.m. and 5:00 p.m.

Q   When did you decide to do this gaggle?

MR. PFEIFFER: What's that?

Q   When was this gaggle put on -- when was this planned?

MR. PFEIFFER: Whatever time you received your guidance suggesting that it would be "this time tomorrow morning."

Q   Are these letters supposed to demonstrate the legal steps that were involved in releasing it to the White House counsel?

MR. BAUER: The letters that you have, the personal request from the President, along with the accompanying letter from private counsel, is merely meant to document the legal path to getting the waiver of that policy so we could get the long-form certificate.

Q   The waiver of Hawaii state government policy?

MR. BAUER: Right. The non-release of the long-form certificate, which has been in effect since the 1980s -- a natural question would have been, well, what did you do to obtain the waiver, and those letters represent the request.

Q   Well, isn't it true that anybody who was born in Hawaii can write this letter? I mean, that's all there is to the waiver process?

MR. BAUER: No. Let me just explain once again because I also noticed, by the way, in one report already the wrong certificate was actually posted on the website. The certificate with the signatures at the bottom -- and that's a key difference between the short form and the long form - - the long form has signatures at the bottom from the attending physician, the local registrar, and the mother, is the original birth certificate, which sits in a bound volume in the State Department of Health.

The short from is a computerized abstract, and that's the legal birth certificate we requested in 2008 and that Hawaiians are entitled to. Since the mid-1980s, the State Department of Health, for administrative reasons, only provides to people who request their birth certificate the short form. They do not provide the long form.

So in order for us to obtain the long form, we had to have a waiver. We had to actually determine that there was a legal basis for providing it, and then ask them to exercise their authority to provide us with the long form. The steps required to accomplish that were a letter from the person with the direct and vital interest -- the President -- so you have a letter from the President, and then there was an accompanying letter from counsel basically formalizing the request. So the reason we included that is that those were legal steps we took to obtain the long form by way of this waiver.

Q  Do we have the letter from the President --

MR. BAUER:  It's in the packet.

Q  And you went to Hawaii?

MR. BAUER:  I did not go to Hawaii.  The counsel, Judy Corley, who signed the -- the President's personal counsel at Perkins Coie, Judy Corley, whose letter -- signed letter of request is in your packet, traveled to Honolulu and picked up the birth certificate.

Q  A question on the situation regarding the Defense of Marriage Act.  Yesterday Attorney General Eric Holder rejected attacks on Paul Clement, who is taking up defense of the statute on behalf of the U.S. House.  Paul Clement has taken a lot of heat from the LGBT community for volunteering to take up defense of DOMA.  Eric Holder said, "Paul Clement is a great lawyer and has done a lot of really great things for this nation.  In taking on the representation -- representing Congress in connection with DOMA, I think he is doing that which lawyers do when we're at our best.  That criticism I think was very misplaced."  And Holder went on to compare the criticism of Clement to attacks on the Justice Department lawyers for their past for detainees at Guantanamo Bay.  Does the President share Eric Holder's views on this?

MR. CARNEY:  We do share Eric Holder's views on this.  We think -- as we said from the beginning when we talked about -- when I did from this podium -- about the decision no longer from the administration to defend the Defense of Marriage Act, that we would support efforts by Congress if they so chose to defend it.  And so I have nothing to add to the Attorney General's comments.

Q  Following Monday's Af-Pak Situation Room meeting, what is the President's assessment of the situation in Afghanistan and Pakistan?  And does he think that July drawdown is still on?

MR. CARNEY:  The President's policy, which included the beginning of a transition -- beginning of a drawdown of American troops, is absolutely still on track.  I don't have anything additionally from the meeting yesterday beyond what we've said.  But the policy remains as it was.

MR. EARNEST:  Jay, we should wrap it up here.

MR. CARNEY:  Yes.  Last one, yes.

Q  Given the comments of the Pakistani official quoted in the Wall Street Journal, is Pakistan still a U.S. ally, and to what extent?

MR. CARNEY:  Pakistan is still a U.S. ally.

Thanks.

END        9:18 A.M. EDT

•

## Exhibit 1A
## AFFIDAVIT OF ORLY TAITZ

I, Orly Taitz, am a licensed attorney and have personal knowledge of the facts described below, to which I will competently testify in court :

Attached transcript of the White House press conference, is a true and correct copy of such conference, that I downloaded from the official white House site http://www.whitehouse.gov/the-press-office/2011/04/27/press-gaggle-press-secretary-jay-carney-4272011

I declare under penalty of perjury, above facts are true and correct

/s/ Orly Taitz  10/10/2011

Certificate of service

I attest, that the true and correct copy of the above Opposition to the MSJ was served on 10.10.2011 on the Defendant via her attorney, Assistant  US attorney Patrick Nemeroff  by first class mail and via ECF

# EXHIBIT 2

**THEREPOSITORY**™
**ARCHIVE INDEX SYSTEMS, INC.**
IMAGING TECHNOLOGIES TO EXPAND MAN'S KNOWLEDGE
P O. Box 40135
**BELLEVUE, WASHINGTON 98015**
(425) 643 1131; FAX (240) 384-7297
For response to this letter: diehold@comcast.net

**RESELLERS OF**
PRODUCTION DOCUMENT SCANNERS
WIDE-FORMAT SCANNERS
CHECK SCANNERS
WEB-BASED DOCUMENT IMAGING SOFTWARE
SCANNING SOFTWARE

**WEB PAGES**
www archiveindex com
www wholesalecheckscanners.com

July 4, 2011

# Affidavit Uncovering False Statements made at the White House News Conference of April 27, 2011

I, Douglas B. Vogt, am over 18 years old, do not suffer from any mental impairment, have personal knowledge in the following and attest under penalty of perjury that I have knowledge and expertise in documents, typesetting, imaging, scanners and document imaging programs. Based on my 29-years of knowledge and expertise the following is true and correct.

### My Credentials

I have a unique background that enables me to analyze this document in a competent, detailed, and extensive manner. I owned a typesetting company (Nova Typesetting) for eleven years, and thus have extensive knowledge and experience in type and form design. I have owned Archive Index Systems since 1993, a company that sells a wide selection of document scanners worldwide, and which also developed and sold document imaging software (TheRepository). Additionally, I have an extensive knowledge of how scanners function and their capabilities. I have also sold other document imaging programs, such as Laser Fiche, Liberty and Alchemy. I have sold and installed document imaging systems in city and county governments, and thus have extensive knowledge of municipal and county document imaging programs and procedures, including the design and implementation of such programs. Additionally, I have a good working knowledge of Adobe Photoshop and Illustrator. These factors will be crucial in understanding what has occurred with Obama's Certificate of Live Birth.

**What I Discovered is that the information presented at the White House News Conference at 8:48 a.m. regarding the Obama Certificate of Live Birth (COLB), supposedly obtained from the Hawaii Department of Health on Monday April 25, 2011, was not entirely correct and was a deliberate attempt to conceal the truth that the certificate presented was a forgery.**

The news conference at the White House press briefing room started at 8:48 a.m. about one hour before President Obama gave his news conference. The news conference was given by Press Secretary Mr. Jay Carney, the President's White House Counsel Mr. Robert Bauer and the President's Director of Communications Mr. Daniel Pfeiffer. This news conference established the chain of custody for the two Obama Certificates of Live Birth supposedly acquired, in person at the Hawaii Department of Health office, by Judy Corley the President's personal counsel at Perkins Coie, Seattle, Washington.

At the news conference Robert Bauer, a former attorney at Perkins Coie, stated that a letter was addressed to the Director of Health, Loretta Fuddy on April 22, 2011 to request the Department to release two certified copies of Barack Obamas COLB and they were to be given to his attorney Ms.

Judith Corley of Perkins Coie. The White House letter was electronically sent to the office of Perkins Coie, where Ms. Corley added a cover letter explaining she would personally go to Hawaii and pick up the two certified copies and bring them back to Washington DC. Copies of both letters are attached (Exhibit A and B). Mr. Bauer's exact quote is as follows:

> MR. BAUER: Early last week the decision was made to review the legal basis for seeking a waiver from the long-standing prohibition in the state Department of Health on releasing the long-form birth certificate. And so we undertook a legal analysis and determined a waiver request could be made, that we had the grounds upon which to make that request.
>
> And by Thursday of last week, I spoke to private counsel to the President and asked her to contact the State Department of Health and to have a conversation about any requirements, further requirements, that they thought we had to satisfy to lodge that waiver request. She had that conversation with the state Department of Health on Thursday—counsel in question is Judy Corley at the law firm of Perkins Coie, and you have a copy of the letter she subsequently sent to the Department with the President's written request.
>
> The Department outlined the requirements for the President to make this request. He signed a letter making that request on Friday afternoon upon returning from the West Coast. And private counsel forwarded his written request—written, signed request—along with a letter from counsel, to the state Department of Health on Friday.
>
> The department, as I understood it, after reviewing the law and reviewing the grounds asserted in the request, came to the conclusion that a waiver could be appropriately granted. We were advised that the long-form birth certificate could be copied and made available to us as early as Monday, April 25th -- the day before yesterday. And we made arrangements for counsel to travel to Honolulu to pick it up and it was returned to the White House yesterday afternoon.

Mr. Pfeiffer and Mr. Bauer made it sound like it was a special act and difficult for them to get a certified copy of Obamas long-form COLB, but after examining the Hawaii State Statute, (see below) it was not at all.

> **§338-13  Certified copies.** (a)  Subject to the requirements of sections 338-16, 338-17, and 338-18, the Department of Health shall, upon request, furnish to any applicant a certified copy of any certificate, or the contents of any certificate, or any part thereof. [my note: *Certificate* means the Certificate of Live Birth, the Long Form.]
>
> (b)  Copies of the contents of any certificate on file in the department, certified by the department shall be considered for all purposes the same as the original, subject to the requirements of sections 338-16, 338-17, and 338-18.
>
> (c)  Copies may be made by photography, dry copy reproduction, typing, computer print out or other process approved by the Director of Health. [L 1949, c 327, §17; RL 1955, §57-16; am L Sp 1959 2d, c 1, §19; HRS §338-13; am L 1978, c 49, §1]

The law clearly states "shall," that does not mean maybe or "out of the goodness of their hearts." It means the Health Department must issue a copy of the Certificate of Live Birth not the Certification if requested. The Hawaiian law has a list of who can receive the Certificate and they include over 20 individuals, as well as government agencies.

Loretta Fuddy, Director of the Department of Health, replied to the Presidents letter by stating "I am making an exception to current departmental policy, which is to issue a computer-generated certified copy." What computer-generated means is the Short Form Certification of a COLB that the

Obama campaign displayed in 2008 and that is generated only from the database information keyed in at the Department of Health. What Certification means is that the Department of Health is certifying that they possess an original Certificate of Live Birth, they received from the hospital seven days after the baby was born. That is what they gave the Obama campaign back in 2008.

The Long Form COLB, the Department of Health would have given them, would be an image of the Certificate received from the hospital. The images shown at the April 27th announcement of the COLB came from the department's document imaging system which contained black and white or grayscale Group4 Tiff images. The reason we know this is because the two images displayed or copied show the curvature on the left-hand gutter of the page caused by scanning on a flatbed scanner without removing the page from the post binder book. A more complete explanation of this is in my June 13, 2011 report, page 6, (1).

She further stated, "Enclosed please find two certified copies of your original Certificate of Live Birth. I have witnessed the copying of the certificate and attest to the authenticity of these copies." At this point, we are led to believe that the chain of custody went to Judith Corley, who supposedly picked up the envelope on Monday from the Health Department office and then took a plane to Washington D.C. and delivered the two Certificates of Live Birth, with seals, to the White House by 5:00 p.m. on Tuesday. During the news conference Mr. Pfeiffer replied to a reporter's questions by stating "As Bob said, it arrived by plane—the President's personal counsel went to Hawaii and brought it back and we got it last night." That must have cost the President well over $7,000 to pay for last minute airplane tickets and the lawyer's hourly time to make this delivery. The UPS cost for picking up an envelope and delivering it by 8:30 a.m. the next day is only $83.00. Keep in mind there was no rush in getting these forms.

At this point, the chain of custody transferred to Mr. Robert Bauer who supposedly had the two stamped and sealed COLBs. The White House communications staff made copies of the three letters and copied one of the Certificates and placed them into folders and gave them to the attending news reporters. We will call the Grayscale copy of the COLB, the news people got, Document A (see exhibit 4, provided by 12 NewsNow TV). You will notice the State Registrar's rubber stamp on the lower right of the Certificate has the "TXE" error on the second line just as the PDF copy does (Exhibit 6).

Now we come to the Savannah Guthrie photo of the Certificate she was allowed to see and touch. We will call what she saw Document B. She is the NBC White House correspondent with a law degree who was allowed to see one of the Certificates. She has no experience being a document expert and she was rewarded for this simple service by being promoted to co-host of the 9:00 a.m. NBC Today Show. She is also chief legal analyst for NBC and MSNBC. She claims she touched it and felt the raised seal, or what looks like a seal. This was important to Robert Bauer and company because the copy they showed the news people did not show any embossed seal. So the White House handlers felt it necessary to have at least one reporter, they could trust, see and feel the Certificate. She was also permitted to take a photo of the Certificate, which we will assume was done by her camera phone, because the quality was not very good. The big difference with her photo (See Figure 1) and the reporters (Figure 2) and PDF copies (See Figure 3) are that the italics *E* under the A in Alvin looks like it is not present on Savannah Guthrie's copy.



| Figure 1: Registrar's stamp on Guthrie's photo. | Figure 2: scan of the reporter's scanned Certificate. |

3

Then finally we have the PDF file of the COLB uploaded onto the White House web site. We will call this Document C. The story of this PDF was that after the news conference, they scanned one of the two certificates and saved the scan as a PDF. It is a non-searchable PDF so there is no code inside the file that contains any searchable text, so any rebuttal that the nine layers found, are erroneous and just feeble attempts to explain away the nine image layers discovered (See final report, page 14, part 9 for a full explanation). The codes within this file indicate that it was created April 27, 2011 at 12:09 p.m. and was created on a Macintosh computer. The PDF file was created using a Mac printer driver called Preview, but the graphics programs most likely used to assemble the forgery were Adobe Illustrator or Photoshop. On the PDF file the italics *E* under the A in Alvin also shows up clearly (See Figure 3). That would mean that Document B and C have a common origin. Also know that the same registrar rubber stamp used March 15 2011 (See Figure 4) did not display this italics *E* (See page 13 of the final report).



Figure 3: Registrar rubber stamp on the PDF file.

Figure 4: Registrar rubber stamp on another persons Certificate dated March 15, 2011.

What is interesting about these three images of the Registrar's seal and the date stamp just to the left of it, is that all are in the exact same position to the hundredth's of an inch and I mean both horizontally and vertically to the above form. So you have two Certificates with two hand applied rubber stamps on the bottom and a hand placed embossed seal applied by a machine and all three are in the exact same position. It is impossible to put two forms next to each other and hand stamp them as shown and get all in exactly the same position, along with being placed almost perfectly straight on the two forms. This could only be done with a graphics program like Adobe Illustrator or Photoshop. Keep in mind the clerk or Registrar has no reason or preference requirement to place these stamps in exactly the same position.

The most logical conclusion is that Documents A and B were produced from the same file, namely the PDF file Document C. The italic *E* under the A in Alvin could be on the Certificate Savannah Guthrie photograph, but because the resolution is so low we may not be able to see it. The only way to know for sure would be to have the White House place both Certificates next to each other and photograph or scan them. I, personally, do not think they will do that because of what I found next in the text of the 8:48 a.m. news conference.

### Plausible Deniability

Definition: **Plausible deniability** refers to the denial of blame in loose and informal chains of command where upper leadership quarantine the blame to the lower management, and the lower management are often inaccessible, meaning confirming responsibility for the action is nearly impossible. In the case that illegal or otherwise disreputable and unpopular activities become public, high-ranking officials may deny any awareness of such act or any connection to the agents used to

4

carry out such acts. This method was used in the Nixon administration during the Watergate scandal to protect the President—it did not work then.

Let me ask you a simple question, let's say you live in New York, and you were born in California and you want two copies of your Certificate of Live Birth, not because you need it for a passport application or any other legal reason, but just because you want to show it to some friends. So you pay your high priced lawyer to fly on a moments notice to California and back again with your Certificate. This whole process has cost you thousands. Are you going to want to see it and take possession of at least one of the Certificates? The obvious answer is YES. Next, read the answer given by Mr. Pfeiffer and Robert Bauer from the 8:48 a.m. news conference:

> Newsman's Question: And this is going to sound …. I mean, you can just anticipate what people are going to …. remain unconvinced. They're going to say that this is just a photocopy of a piece of paper, you could have typed anything in there. Will the actual certificate be on display or viewable at any …. (laughter.)

> Newsman's Question:  Will the President be holding it?

> MR. PFEIFFER:  He will not, and I will not leave it here for him to do so.  But it will …. the State Department of Health in Hawaii will obviously attest that that is a …. what they have on file. As Bob said, it's in a book in Hawaii.

> MR. BAUER:  And you'll see the letter from the director of the Health Department that states that she oversaw the copy and is attesting to ….

I saw and also read the transcript of President Obama's speech at 9:54 a.m. about an hour after the news conference. He briefly mentioned the old history of the Short Form certification during the campaign of 2008 and he also mentioned "We've posted the Certification that is given by the State of Hawaii on the Internet for everybody to see." He is only referring to the Short Form Certification released in 2008, not the Certificate of Live Birth presented on the day of this speech. The rest of the short speech talks about the budget and other matters but nowhere does he mention anything about this new Certificate presented earlier that morning, or posting the new Certificate on the Web or even acknowledging he requested it or its existence. He ends the speech by saying, "We do not have time for this kind of silliness. We've got better stuff to do."

What I believe you are looking at is a classic example of an attempt at Plausible Deniability. The flip side of this is that Mr. Pfeiffer and Mr. Robert Bauer must have known that what they presented at 8:48 a.m. was a forgery. Everything that came out of the mouths of both these men and the President's was carefully orchestrated and scripted. It also implies that the President's contingency plan was that incase the forgery was detected, that one or both of them would take the blame. On June 2, 2011 Mr. Bauer resigned his position at the White House and left office at the end of June. That was 10-days after my expanded report came out on May 22nd and my complaint to the FBI on the 24th became public. You can draw your own conclusions.

### Conclusion

The preponderance of evidence leads me to conclude that the Certificate of Live Birth, the White House presented at the 8:48 a.m. news conference and not mentioned on television an hour later, is a forgery. A strong legal argument can be made that per U.S. Code Title 18, Part 1, Chapter 47, Sec.1028(a)(2 and 4) Mr. Pfeiffer and Mr. Robert Bauer could have made themselves principles in

the forgery. There is also the possibility that the Director of the Department of Health in Hawaii knows much more about this forgery than she is telling. If it is later proven in Federal Court that this Certificate of Live Birth issued by the Department of Health, is a forgery, then any and all personnel involved with the forgery, would also be principles in the forgery. I am sure that there is someone at the Department of Health who searched their document imaging system to find the Certificates that became the elements used to assemble the final Obama fraudulent Certificate. An FBI investigation in Hawaii will be necessary to get to the whole truth of this scandal.

In witness whereof he has hereto set his hand and seal.

Name of Notary: ___ Hong Li ___

Title: Customer Service manager.

I, ___ Hong Li ___, a Notary Public of King County and the State of Washington aforesaid, hereby certify that Douglas B. Vogt personally known to me to be the affiant in the foregoing affidavit, personally appeared before me this day and having been by me duly sworn deposes and say that the facts set forth in the above affidavit are true and correct.

Witness my hand and official seal this the 10th day of May, 2011.

_____
Notary Public

My Commission Expires: 2 / 11 /20 12

Notary Public
State of Washington
HONG LI
My Appointment Expires Feb 11, 2012

Douglas B. Vogt

6

**EXHIBIT 3**

# EXHIBIT 4

# These are 161 typed characters selected from Obama's birth certificate that do not match each other for style or size.

AAAAEEHHHHKKMM

RRSSSUUaaaaaaaa

aaaaaaaaaaaaaaaa

cccccceeeeeeeffgg

iiiiiiiiiiiiiiiii

llllllllllllnnnnn

nnnnnnnnnnnnooooo

oooooooocpprrrr

ssssssttttttttt

uuuuuuuuuuuuuww

yyyyy 11122,,,,,

BARACK HUSSEIN OBAMA, II

Male August 4, 1961 724, P

Honolulu Oahu

Kapiolani Maternity & Gynecological Hospital

Honolulu Oahu Honolulu, Hawaii

6085 Kalanianaole Highway

BARACK HUSSEIN OBAMA African

25 Kenya, East Africa Student University

STANLEY ANN DUNHAM Caucasian

18 Wichita, kansas None

# AAEEKKMM
# RRSSUUss
# aaaaaacc
# eeffggii
# llnnpprr
# ttttttttt
# uuyy1122

A A E E K K M M

R R S S U U s s

a a a a a a c c

e e f f g g i i

l l n n p p r r

t t t t t t t t

u u y y 1 1 2 2

# Student

## Difference in the lower case "t"

### Eight different "t"s found.

t t t t t t t t

# AAA ss nn

## Differences in size … angle … and width



...udent

...ence in the lower case "t"

t t t t t t t

...t different "t"s found.

A SS nn

...in size ... angle ... and width

MICHAEL GERLICK
Notary Public, State of Florida
My Comm Expires Nov. 29, 2013
No. DD943069

**EXHIBIT 5**

**RESELLERS OF**
PRODUCTION DOCUMENT SCANNERS
WIDE-FORMAT SCANNERS
CHECK SCANNERS
WEB-BASED DOCUMENT IMAGING SOFTWARE
SCANNING SOFTWARE

**THEREPOSITORY™**

**ARCHIVE INDEX SYSTEMS, INC.**
IMAGING TECHNOLOGIES TO EXPAND MAN'S KNOWLEDGE
P.O. Box 40135
**BELLEVUE, WASHINGTON 98015**
(425) 643.1131; FAX (240) 384-7297
For response to this letter: diehold@comcast.net

**WEB PAGES**
www.archiveindex.com
www.wholesalecheckscanners.com

June 24, 2011

# Affidavit

I, Douglas B. Vogt, am over 18 years old, do not suffer from any mental impairment, have personal knowledge in the following and attest under penalty of perjury that I have knowledge and expertise in documents, imaging, scanners and document imaging programs. Based on my knowledge and expertise the following is true and correct.

The reason I have issued this affidavit and notified the FBI and other government officials is because I am compelled to because of Federal Statute Title 18, Part 1, Chapter 1 Section 4: "Misprision of felony; Whoever, having knowledge of the actual commission of a felony cognizable by a court of the United States, conceals and does not as soon as possible make known the same to some judge or other person in civil or military authority under the United States, shall be fined under this title or imprisoned not more than three years, or both." Since I am the one who positively identified Obama's Certificate of Live Birth, presented to the American public on April 27, 2011, as a forgery it was my oblation to report it.

### My Credentials

I have a unique background that enables me to analyze this document in a competent, detailed, and extensive manner. I owned a typesetting company (Nova Typesetting) for eleven years, and thus have extensive knowledge and experience in type and form design. I have owned Archive Index Systems since 1993, a company that sells a wide selection of document scanners worldwide, and which also developed and sold document imaging software (TheRepository). Additionally, I have an extensive knowledge of how scanners function and their capabilities. I have also sold other document imaging programs, such as Laser Fiche, Liberty and Alchemy. I have sold and installed document imaging systems in city and county governments, and thus have extensive knowledge of municipal and county document imaging programs and procedures, including the design and implementation of such programs. Additionally, I have a good working knowledge of Adobe Photoshop and Illustrator. These factors will be crucial in understanding what has occurred with Obama's Certificate of Live Birth.

### What I Discovered about Obama's Certificate of Live Birth and why it is a Forgery.

What the Obama administration released is a PDF image that they are trying to pass off as a Certificate Live Birth Long Form printed on green security paper by the County Health Department in Hawaii. The form is a created forgery for the following reasons.



Figure 1. Tiff image of the Obama's Certificate of Live Birth dated August 8, 1961, presented on TV 4/27/2011.

Figure 2. Another Persons microfilmed Certificate of Live Birth dated August 11, 1961.

**1. Curved and non-curved type.** The image we are looking at was scanned in grayscale and some part in binary which cannot be on the same image. The reason I know this is because of the shadowing along the gutter (left-hand side) is produced by scanning in grayscale. It also means that the county employee, who did the original scanning of all the forms, did not take the individual pages out of the post binders. The result is that all the pages in that book display a parallax distorted image of the lines and type. They curve and drop down to the left. If you look at line 2 (see Figure 3) on the form that says *Sex* you will notice the letters drop down one pixel but the typed word *Male* does not. Also notice the line just below *Male* drops down 3 pixels.



Figure 3. Line 2 of the form. Baseline differences.

The second incident of this parallax problem is seen in line 6c *Name of Hospital or Institution* (see Figure 4). The word *Name* drops down 2 pixels, but the typed hospital name, *Kapiolani*, does not drop down at all, and again the line just below drops down 2 pixels, but not the name *Kapiolani*.

2



Figure 4. Line 6c at 500%. The typewriter name of the hospital does not drop down 2 pixels.

The conclusion you must come to is that the typed in form was superimposed over an existing original Certificate of Live Birth form. In fact, since I found some of the form headings scanned in as binary and grayscale, the form itself is a composite but the person who created it did not flatten the image of the blank form and save it as one file before they started placing the typewriter text on the composite form. The individual(s) who perpetrated this forgery could not evidently find a blank form in the clerks imaging database, so they were forced to clean up existing forms and overlay the typewriter type we see here. The forger was also looking for certificates with the correct stamped dates and that is why I think they used more than one original form. At first I wondered why the forger didn't just typeset the entire form from scratch and overlay the type and not have to worry about the parallax problem. Then I remembered that in the early 1960s there was no phototypesetting and this form was set in hot metal from a linotype machine. The type design I think is Times Roman but they could never replicate the exact design. They were stuck having to use existing forms that were scanned in using binary and grayscale.

**2. There is a white haloing around all the type on the form.** Figure 5 is an example of this. This effect should not appear on a scanned grayscale image. Figure 6 is a grayscale image scanned in at 240 dpi. You will notice that there is no haloing effect around the type and also the security pattern is seen through the type. Figure 7 is a color image where you can clearly see the security green color through the type and no haloing. Figure 8 shows a Black and White (binary) image of the same type. The important thing to remember is that you cannot have grayscale and binary on the same scan unless the image is a composite. That means that different components of the whole image are made up of smaller parts. Figure 9 is an enlarged version of Figure 6 showing what grayscale letters should look like compared to binary.



Figure 5. Obama's form          Figure 6. Grayscale.          Figure 7. Color image.

3

URN. NO RECEIPT NECESSAR

**SECURITY PACII**
Ventura & Sepulvei
15165 Ventura Bou
Sherman Oaks, Ca

# Ventura & S
# 15165 Vent

Figure 8. Binary image.          Figure 9. An enlarged version of Figure 6 showing grayscale type.

The next question would be: What would have caused the haloing effect? We know that all the original Certificates of Live Birth (COLB) were microfilmed because we can see the Nordyke Certificate (see Figure 2) was microfilmed. Then some time after 2004 the paper original copies, in post binder books, were scanned using a commercial document scanner with a flatbed, scanned as grayscale images. The forger was working with two types of images. He/she may have used images printed from the microfilmed copy and then scanned the printout in grayscale. At that point the forger would have to invert the image so as to have a white background, black type. Figure 10 is an example of an inverted image of Figure 2. The result would be like Figure 9 but a whiter background. The image I am working with in Figure 10 is only 94 DPI but the forger was working with much higher resolution ($\geq$240 dpi). At that point the forger converted the grayscale to a binary image and placed it onto the background form image. The problem was that there were still image values for the pixels around the placed type so when he/she placed the type image over the background and instructed the program to bring the type "forward" it blanked out the background image, hence the haloing effect around the type.



Figure 10, Inverted image of Figure 2.

**3. The Obama Certificate is loaded with both binary and grayscale letters** which is just another smoking gun that this form is a forgery. It appears the lines and some of the boxes were scanned using grayscale, but only some of the form headings were grayscale and sometimes it is only some letters. Figure 11 and Figure 4 give one example. You will notice that the *H* and, *al,* in Hospital, *I* in Institution, *If* and again the *h* and *l* in hospital were grayscale images, but the rest of the line is binary. The typewriter line below was scanned in as a binary image. I can also tell you for certainty

4

that the form type was scanned in at a lower resolution (≤200 dpi). This is because of the size of the pixels on the letters were such that the openings on the *a* and *s* on the first line are not visible and filled in. This may also further indicate that forger took some of the type images from the microfilmed copies.

# Hospital or Institution (If not in hospital o

# )lani Maternity & Gyneco

Figure 11. showing a mixture of grayscale and binary type on the same line.

Another example is found in form box 1a, his name *BARACK* for some reason the "R" is a grayscale image and the rest is binary (see Figure 13). That means the "R" was originally on the form and the rest was not until it was added.

The question again is: Why did the forger leave some grayscale type images on the form and not just erase the whole form? The answer is that he/she needed the grayscale images to re-establish the baseline of the type for the superimposed binary type. This also told me that the forger was an experienced graphic artist.

# BARACK

Figure 13. Another example of grayscale and binary on the same line.

# ARTMENT OF HEALT
# 61 10641

Figure 14. The last "1" is grayscale, but the rest are binary.

Another example is the Certificate number itself (see Figure 14). The last "1" on the form is a grayscale image but the rest of the numbers are not. It also has a different baseline. This is just another example of a cut and paste job. It also means we do not know what the real Certificate number is if there even is one. There are other form boxes that display the same feature, boxes: 5b, 7e, 11, 13, 16, 18a.

**4. The Sequential Number is a fraud.** I would like you to refer back to Figures 1 and 2. You will notice that Barack Obama was supposed to have been born on Friday at 7:24 p.m. August 4, 1961 and the local registrar supposedly accepted it on Tuesday August 8, 1961 and hand stamped the Certificate number "61 10641." Then notice that the other Certificate of Susan E. Nordyke was born on Saturday at 2:12 p.m. August 5, 1961 and another registrar date stamped it on August 11, but her Certificate number is "61 10637." Susan Nordyke was a twin and her sister's Certificate number is 61 10638. Keep in mind there would be only one Bates stamp machine in the office so the numbers would all be unique. There cannot be any duplicates so every Certificate has a unique serial number.

5

Obama's Certificate would have most likely been mailed on the following Monday, the 7th and received by the Clerk Tuesday the 8th. Susan Nordyke and her sister's Certificates looks like they were mailed sometime earlier that week and not accepted until the 11th but Susan has a Certificate four numbers less than Obama's. It is impossible to have Obama's Certificate number to be four numbers higher than a Certificate that came in three days later.

As stated in #3 the last "1" on the form is a grayscale image but the rest of the numbers are not (see Figure 14). You will also notice that the baseline of the last "1" is straight and level but the rest of the numbers are slanted. This is again irrefutable proof that the Certificate number is a composite of two numbers and hence a forgery. This forgery comes under a separate offense and carries with it 5-years in prison [see Appendix D: Title 19, Ch.47, Sec, 1028(d)(1)].

The facts I have shown you in #3 and 4 tell me several things about how this forgery was assembled. 1. Some person(s) in the Health Department, who had access to the document imaging program, searched the database for someone close to the actual birth date of Obama and found someone near the 4th of August, if in fact he was born on the 4th and we should not assume that at all. Obama may have chosen the 4th of August because they had a baby who died close to his date of birth. The clerk may have cross referenced the death database to find someone who had died and had a birth date close to Obama's. It has been reported that an infant girl named Virginia Sunahara was born on August 4, 1961 at Wahiawa Hospital in Wahiawa, Oahu, HI who died on August 5, 1961 at the Kapiolani Women and Children's Medical Center, due to complications. This happens to coincide with the date of birth and birthplace of the Nordyke twins. We could make two assumptions here. 1. Wahiawa Hospital customarily would have completed the COLB form and mailed it to the County Health Department; and 2. Kapiolani Medical Center would have filled out the death certificate. The other less likely scenario could be that her medical records were transferred to Kapiolani Hospital and they would produce the birth certificate and later the death certificate which was later included in the group of birth certificates that contained the Nordyke twins.

The Federal Government wanted the States to cross reference the birth and death databases so the database would have that information. The date stamps have two different colors and sizes (see #5 below) which indicates that both dates came from different Certificates. We can conclude from this that more than one person was involved in the Hawaii Department of Health in assembling the different components that were used: 1. Someone to conduct the database searches to find the right Certificates to create the fraudulent Certificate of Live Birth; and 2. Someone who signed or stamped the fraudulent certificate. I believe that after all the components were assembled they were then given to a graphic artist to actually assemble the whole thing and create the finished forgery. That graphic artist could be located anywhere. In short this was a multi-state conspiracy to defraud the United States.

**5. Two different colors in Form box 20, 22 and 17a** *Date Accepted by Reg. General.* What is very revealing about this box and date entry is there are two different colors on both lines where there should be no color at all. Both lines were scanned using binary mode, but I see two different colors (see Figure 15). What I think this shows us is that the person who put this fraud together was looking for a form that had the right date namely "August 8 19_1." As you can see the only things that are printed in dark green (R=71, G=92, B=73) are "Date A" and "**AUG -8 6**." The rest of the type is in black. This tells me that the forger was working in color mode and what they copied from had a color value for some reason unless they put a color value on it.

6

**22.** **Date Accepted by Reg**

**AUG -8 1961**

Figure 15. Two different colors, dark green and black.

The same thing is found in form box 20 "Date Accepted by Local Reg." Figure 16 again shows that the date has two different colors. The "**AUG -8 196**" is in dark green (R=87, G=111, B=87) and the "1" is in black. Yet again another irrefutable proof this form is a forgery. Form box 17a displays the same two color image in the word "None". The "Non" is in dark green.

**20.** **Date Accepted by Local Reg.**

**AUG -8 1961**

Figure 16. Another example of two colors on the same line.

**6. The official seal is not part of the Certificate of Live Birth and they used the wrong size impression of a seal.** The Hawaiian law (Section 11-1-2 Seal of the Department of Health) states:

> a) The official seal of the department of health shall be circular in shape, **two and one-fourth inches in diameter**. At the curve on the top portion there shall be the words "DEPARTMENT OF HEALTH" and at the curve on the bottom portion there shall be the words "STATE OF HAWAII." At the curve on each side portion shall be a star. In the center of the seal shall be the Caduceus, a winged rod entwined with two serpents, which has long been recognized as a universal symbol of medicine. The Caduceus shall be encircled by an indentation, which shall separate it from the words "DEPARTMENT OF HEALTH" and "STATE OF HAWAII."



Figure 17, Seal on Obamas Short Form        Figure 18: Nordyke seal from 1966        Figure 19: Obama's COLB long form Apr.2011
(Figure 19 is courtesy of Kevin Powell; http://www.pixelpatriot.blogspot.com)

The first Certification of Live Birth Obama the candidate produced in June of 2008 was the "Short Form" of the COLB. It had the Department of Health's seal embossed on it (see Figure 17) appearing on it about 1.8" from the bottom of the 11 inch paper. That told me the Health Department is using an electric embosser, which applies ample pressure to leave a clear visible embossment. Hand seal embossers have only 7/8" or less from the edge of the paper for a 1¾" seal. The Health Department seal does not appear obvious on the Obama COLB. A good embossment will distort the type and lines on a form and is clearly visible (see Figure 21). Even on the Nordyke Certificate (see Figure 18) in spite of it being an inverted image from a microfilmed image, it is clearly seen. Figure

7

19 shows Obama's seal on the COLB presented on April 27, 2011, and is visible only because a color filter was used to see it, otherwise it completely disappears in the design of the security paper (see Figure 20).



Figure 20: Seal on Obama's       Figure 21: Hand stamped seal from
COLB From April 27, 2011.        an original COLB from 1962.

The official seal on the Obama COLB is a second or even third generation image from another form. The seal embossing did not distort the lines or type on the form and it most likely was never part of his Certificate. We cannot make out any of the type on the seal as well as the two stars and the Caduceus. The distorted background image of a seal can be created using Photoshop or Illustrator by applying it as a watermark. Yet another indication this Certificate of Live Birth is an obvious forgery.

If that wasn't enough I then investigated the size of the latent seal image on the Obama certificate and found it to measure only about 1¾" in diameter. The procedure I used to discover the seal measurements were as follows: With the Savannah Guthrie photo (see Figure A) of the document I was able to see the left and right hand sides of the document and knew that was 8½" wide. I was then able to determine the scale of all the components on the form. I then measured the line length on the second line from the bottom. Box 20, 21 and 22 rest on. That length is 6.396" long, measured from the first bold vertical line on the left side of the form to the end of the line (see Figure 22). I then adjusted all the images I had for Certificates including non-Obama Certificates, which I had. What I found was that the alleged embossed seal on the Obama COLB were all 1¾" in diameter and that is not the legal seal as described by Hawaii state law, which should be 2¼". The administration has the wrong size seal on their certificate and that seal was supposed to be a first generation full size imprint.



Figure 22. The COLB Obama presented on 4/27/11 from the PDF file on the White House web site. The seal measured only 1-7/8" in diameter.

I then examined Certificates of other individuals that I found on the internet. Figure 23 is of a Certification short form of Patricia Decosta dated 2002 and it is also 1¾". As stated in the Hawaii state code, it must be 2.25" in diameter. The current Department of Health seal is not the same one they had in the 1960s. That one was 2¼" in diameter (see Figure 18) but the current seal is not legal—it's the wrong size and the type is not legible! You cannot make out any of the words, the stars or the Caduceus. I will be notifying the Department of Health of their gross error in the hope

they will fit it with a new legal seal. Some time after 1966 the original legal seal was "lost" or stolen because they do not wear out. Some bureaucrat ordered a replacement and was either ignorant of the law or too stupid to ask if there was a specific requirement for the seal. What mystifies me is that the Director of the Department of Health and the registrars did not spot the error and fix it. My conclusion is they just didn't care about the law.



Figure 23. The Certification of Patricia Decosta dated 2002.

**7. The hand stamped certification from the current registrar is a forged stamped notice.**

The Department of Health has the right to produce a legal copy of the original Certificate of Live Birth for people who have the appropriate right to receive one. The Clerk in the office would search the document imaging database and retrieve the correct Certificate. The Clerk would then print out the tiff image on the green security paper. They would then take a rubber stamp that states the following: I CERTIFY THIS IS A TRUE COPY OR ABSTRACT OF THE RECORD ON FILE IN THE HAWAII STATE DEPARTMENT OF HEALTH. Then below this notice would be the likeness of the State Registrar's signature, in this case it was Alvin T. Onaka, Ph.D. Then the clerk would stamp the date to the left of the certification. See Figure 24 for a Certificate done one month before the Obama's April 25, 2011 Certificate. Please note that since it is a hand stamp the certificate stamp is skewed up on the right side.

I . . .   . . .

Figure 24. Registrar stamp on a persons Certificate done March 2011.

Now let us look at Obama's Certificate (see Figure 25) supposedly done on Aril 25, 2011. Notice the registrar's rubber stamp has an error on the word "the" which reads "TXE," but this error does not show up on the same rubber stamp used one month before. In Figure 26 you will see an enlargement of the word. You will notice that the "X" had been created by the graphic artist by filling in pixels so it appears like an "X" but it really is not. Also notice that the whole stamp is too straight on the form. The red lines drawn under two of the lines of type are aligned with the pixels. The stamp rises only two pixels over 3". My conclusion is that the whole stamp was placed there by the graphic artist to look as straight as possible. The only problem is that no hand stamped notice like this would be placed that perfect on the page.

APR 2 5 2011

I CERTIFY THIS IS A TRUE COPY OR
ABSTRACT OF THE RECORD ON FILE IN
THE HAWAII STATE DEPARTMENT OF HEALTH

Alvin T. Onaka, Ph.D.

STATE REGISTRAR

9

Figure 25. Obama's Registrar stamp with the errors on it,



Figure 26. Enlargement of the "TXE."

Other investigators have mentioned what looks like an italic "*E*" under the capital "A" in Alvin. In Figure 24 the same artifact does not appear. This artifact also does not show up on the Savannah Guthrie photo but does appear on all the other copies and PDFs the White House displayed. We have to assume either the artifact was already on the security image the forger used, and forgot to erase it, or it was placed there deliberately for some reason that we don't know yet.

**8. Forged signatures of the Mother and Registrar.** Forgery of a signature occurs in three ways. The old methods were someone would practice signing another's signature until they got good at it. Another was to simply trace the signature from a previously known signature. The new way is to find a signature and scan it into a computer. Then place that signature, or parts of a signature, onto the desired form or check. The signature of the mother, *Ann Dunham Obama* in Box 18a is made up of two images. The "Ann D" is in grayscale and the rest of her name is a binary image. The signature of the registrar *U"K"L Lee* is also made up of the same image types. The "K" really looks like "IL" and the *I* is a binary image and the rest of his name is grayscale. That means the *I* was added in another layer. Both errors can be seen included in Figure 27. Irrefutable proof the Obama Certificate is a forgery.

**9. Multiple layers in the PDF file from the White House.** I am not the first one to find this fact and they deserve the credit for discovering it. What they discovered is that when you open up the PDF file in Adobe Illustrator and you turn on layers, you see a long list of nine different layers that correspond to different sections of the form, including the signatures on the form. Figure 27 shows the layer that contains most of the typewriter and form text.

I discovered using just my Adobe Acrobat 8 Standard that I could also see the different components disappear when I enlarged the image to just 400% and used the "hand" tool to quickly move around the image. When I moved the image fast, the various type components would disappear from the form but the lines stayed just as I had concluded.

I also opened up the White House PDF file in WordPad so I could see the codes and headers in the file. There I discovered the evidence for the nine layers embedded in the code (see below). The big surprise I discovered was that the file was finished or created on April 27, 2011 at 12:09 pm and the copy I had downloaded from the White House web site was modified on April 28, 2011 at 9:58 am, the day after the news conference. The whole White House story that the President had his Seattle-based lawyer fly to Hawaii and pick up two signed and stamped paper Certificates of Live Birth and fly directly to Washington DC, is obviously not the document the public has been shown. In other words the whole story may not true. I checked the cost for UPS to ship the documents next day and delivery by 8:30 am Tuesday and it was only $84.00. I checked the cost for a lawyer to fly last minute from Seattle to Hawaii then to Washington DC it is thousands of dollars. Their story is just not believable.

The PDF file indicates the PDF "CreatorTool" was *Preview* which is an Apple product that is just like Adobe's Acrobat Standard, which is a viewer and print driver. It is not a photo and image design program. It is just the program that created the PDF file (as a print driver). The Preview program can

also read twenty-six different image and document types, that includes Adobe Illustrator and Photoshop.

Defenders of the Administration's argument that the layers were created by an OCR program (Optical Character Recognition) are also ridiculously wrong because the PDF file is not a searchable PDF therefore no OCR process was performed and additionally no text object was found within the PDF file I examined.

```
2 0 obj
<</Subtype/XML/Length 3759/Type/Metadata>>stream
<xap.CreateDate>2011-04-27T12:09 24Z</xap CreateDate>
     <xap CreatorTool>Preview</xap CreatorTool>
     <xap ModifyDate>2011-04-28T09.58 24-07:00</xap/ModifyDate>
     <xap MetadataDate>2011-04-28T09.58 24-07.00</xap MetadataDate>
```

The following are the header codes for the 9 layers embedded throughout the file.

```
13 0 obj
<</Subtype/Image/Length 299366/Filter/DCTDecode/BitsPerComponent 8/ColorSpace 9 0 R/Width 1652/Height 1276/Type/XObject>>stream
14 0 obj
<</Subtype/Image/Length 67980/Filter/FlateDecode/ImageMask true/BitsPerComponent 1/Width 1454/Height 1819/Type/XObject>>stream
15 0 obj
<</Subtype/Image/Length 5510/Filter/FlateDecode/ImageMask true/BitsPerComponent 1/Width 199/Height 778/Type/XObject>>stream
16 0 obj
<</Subtype/Image/Length 480/Filter/FlateDecode/ImageMask true/BitsPerComponent 1/Width 42/Height 274/Type/XObject>>stream
17 0 obj
<</Subtype/Image/Length 633/Filter/FlateDecode/ImageMask true/BitsPerComponent 1/Width 123/Height 228/Type/XObject>>stream
18 0 obj
<</Subtype/Image/Length 436/Filter/FlateDecode/ImageMask true/BitsPerComponent 1/Width 47/Height 216/Type/XObject>>stream
19 0 obj
<</Subtype/Image/Length 173/Filter/FlateDecode/ImageMask true/BitsPerComponent 1/Width 34/Height 70/Type/XObject>>stream
20 0 obj
<</Subtype/Image/Length 671/Filter/FlateDecode/ImageMask true/BitsPerComponent 1/Width 243/Height 217/Type/XObject>>stream
21 0 obj
<</Subtype/Image/Length 344/Filter/FlateDecode/ImageMask true/BitsPerComponent 1/Width 132/Height 142/Type/XObject>>stream
```

The discovery of nine layers in the PDF image didn't matter for my analysis 1 through 7 because I was able to export the image as a TIFF (18.35 MB) out of that PDF using my Adobe Standard software. So I was working from a flattened image and was able to find all that I did, in other words the layers were irrelevant to me but was just further proof that the Obama's Certificate of Live Birth is a forgery.



11

Figure 27: The layer that contains most of the forms text and typewriter text.

I have received other White House PDF files from Graphic artists around the country. As a result I received a PDF Certificate that was put up on the White House web site no more than 10 minutes after it was uploaded. That PDF showed nine layers, no OCR (see Figure 28), Image file created at 7:50 am on the 27th (see Figure 29) and finally the PDF file created using *Preview* (the print driver) and modified on 4/27/11 at 12:09 p.m., which is similar to my file. My conclusion is that this shows the individuals in the White House were "fixing" or changing this forgery as late as 7:50 a.m., an hour before the pre-news conference.



Figure 28. Shows 9 layers and no OCR.          Figure 29. Created 7:50 AM

Figure 30. PDF modified 4/27/11 @ 12:09 am.

## A Rebuttal to the Discovery of the Multi Layers Found in the PDF File.

To begin with the White House PDF was not a searchable PDF therefore no OCR process was performed on the image and therefore the following rebuttal and defense of Obama's COLB is irrelevant and a very poor attempt at defending this blatant forgery.

The only rebuttal to the nine layers discovered in the PDF file released by the White House was a statement from Canadian graphic artists from Quebec by the name of Jean-Claude Tremblay on April 29. It was reported by Fox News and on their web site at:

http://www.foxnews.com/politics/2011/04/29/expert-says-obamas-birth-certificate-legit/.

He tries to excuse the multi-layers as merely an artifact of an OCR (Optical Character Recognition) engine and then saved as a PDF. There are three major reasons he is wrong and I know from his statement he knows nothing about OCR engines and how they work and their file structure. First the White House PDF file is not a searchable PDF and no text object could be found in the PDF file. Second, the Obama PDF certificate was supposed to have come directly from the Health Departments office. As stated before, the records they have would have absolutely no reason to be OCRed and if they were asked to give the customer a PDF image it would be from their existing TIFF image stored in their document imaging program on the server. The program would have done no OCR processing at that time.

The third reason is the lack of OCR files in the PDF file. My qualifications on OCR programs are considerable. Our own document imaging program, TheRepository, has an OCR option from Expervision that is called TypeReader. We integrated TypeReader into our program but to do this we had to sign a non-disclosure statement with them and then we got their Took Kit and API. When an OCR program saves a file as a searchable PDF, the file contains three main files within it. The first file is an image file, usually a compressed Group4 TIFF. The second file is an ASCII text file and the last file is a matrix file that contains the X and Y coordinates of all the words in the document. The starting point for the image file and the matrix file is usually the upper left hand corner of the image measured in pixels. The text file and matrix files would never be seen as separate layers and there are certainly not nine layers. The three files would be in a PDF "wrapper" and that is all. All OCR programs work on the same principle.

### Conclusion

The Certificate of Live Birth Obama presented on television on Aril 27, 2011 is a forgery.

In witness whereof he has hereto set his hand and seal.

Name of Notary: _____

Title: _____

I, _____, a Notary Public of King County and the State of Washington aforesaid, hereby certify that Douglas B. Vogt personally known to me to be the affiant in the foregoing affidavit, personally appeared before me this day and having been by me duly sworn deposes and say that the facts set forth in the above affidavit are true and correct.

Witness my hand and official seal this the 10th day of May 2011

_____
Notary Public

My Commission Expires: _____/____/20___

_____
Douglas B. Vogt

13

**EXHIBIT 6**

STATE OF HAWAII — DEPARTMENT OF HEALTH

# CERTIFICATE OF LIVE BIRTH

FILE NUMBER **151**   **61 10637**

| Child's First Name | Middle Name | Last Name |
|---|---|---|
| SUSAN | ELIZABETH | NORDYKE |

Sex: **Female**

Month: **Aug.**   Day: **5,**   Year: **1961**   Hour: **2:12 P.** M.

Place of Birth — City, Town or Rural Location: **Honolulu**   Island: **Oahu**

Name of Hospital or Institution: **Kapiolani Maternity & Gynecological Hospital**

Usual Residence of Mother — City, Town or Rural Location: **Honolulu**   Island: **Oahu**

Residence — City, Town or Rural Location (for census): **Honolulu, Oahu**

Street Address: **2013 Kakela Drive**

## Father
Full Name of Father: **ROBERT   ALLAN   NORDYKE**   Race: **Caucasian**

Age of Father: **42**   Birthplace: **Woodland, California**   Usual Occupation: **Doctor**   Kind of Business or Industry: **Private Practice**

## Mother
Full Maiden Name of Mother: **ELEANOR   LOUISE   COLE**   Race: **Caucasian**

Age of Mother: **34**   Birthplace: **Los Angeles, California**   Type of Occupation Outside Home During Pregnancy: **None**

Signature of Parent or Other Informant: *Eleanor Cole Nordyke*

Date of Signature: **1-7-6**

Signature of Local Registrar: *C. Smith*   *Dictric L. Yamis*   **8/11/61**

Date Accepted by Local Reg.: **AUG 11 1961**

---

THIS CERTIFIES THAT THE ABOVE IS A TRUE AND CORRECT COPY OF THE ORIGINAL RECORD ON FILE IN THE RESEARCH, PLANNING AND STATISTICS OFFICE, HAWAII STATE DEPARTMENT OF HEALTH

*Leo Bernstein, M.D.*
LEO BERNSTEIN, M.D.
Director of Health

DATE
**9-3-1966**

*Charles G. Bennett*
CHARLES G. BENNETT
Registrar General