DR. ORLY TAITZ, ESQ
ATTORNEY PRO SE
29839 SANTA MARGARITA PARKWAY, STE 100
RANCHO SANTA MARGARITA CA 92688
TEL: (949) 683-5411; FAX (949) 766-7603
E-MAIL: ORLY.TAITZ@GMAIL.COM

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| Dr. ORLY TAITZ, ESQ, PRO SE | § |
| Plaintiff, | § Freedom of information violation |
| | §        5USC §552 |
| v. | § CASE #  11-cv-1421 |
| | § Honorable Royce Lamberth |
| Kathy Ruemmler in her capacity | § presiding |
| as the White House counsel | § NOTICE OF APPEAL |
| and custodian of records | § |
| | § |

Plaintiff herein, Dr. Orly Taitz, ESQ, provides herein this NOTICE OF APPEAL

based on error of fact, error of law, bias and abuse of judicial discretion by this

court.



RECEIVED
Mail Room

OCT 3 1 2011

Angela D. Caesar, Clerk of Court
U S District Court, District of Columbia

/s/ Dr. Orly Taitz, ESQ

10.25.2011

Certificate of Service

I, Lila Dubert, am over 18 years old, not a party to this case, attest that I served the defendant in this case with this notice of appeal by first class mail, postage prepaid on 10.25.2011

Signed

Dated 10-25-11