# United States Court of Appeals
## FOR THE DISTRICT OF COLUMBIA CIRCUIT

**No. 11-5306**  **September Term 2011**

1:11-cv-01421-RCL

Filed On: May 25, 2012

Orly Taitz,

        Appellant

v.

Kathy Ruemmler, in her capacity as the White House counsel and custodian of records,

        Appellee

**MANDATE**

**BEFORE:** Rogers, Griffith, and Kavanaugh, Circuit Judges

## ORDER

Upon consideration of the motion for summary affirmance and the opposition thereto, it is

**ORDERED** that the motion for summary affirmance be granted. The merits of the parties' positions are so clear as to warrant summary action. See Taxpayers Watchdog, Inc. v. Stanley, 819 F.2d 294, 297 (D.C. Cir. 1987) (per curiam). The district court correctly determined that the White House Counsel's Office is not an "agency" subject to the Freedom of Information Act ("FOIA"). 5 U.S.C. § 552(f)(1). Contrary to appellant's argument, the Office's status under FOIA does not vary based on the specific records request at issue. See Nat'l Sec. Archive v. Archivist of the United States, 909 F.2d 541, 545 (D.C. Cir. 1990); see also Judicial Watch, Inc. v. Dep't of Justice, 365 F.3d 1108, 1110 n.1 (D.C. Cir. 2004); Meyer v. Bush, 981 F.2d 1288, 1293 (D.C. Cir. 1993).

Pursuant to D.C. Circuit Rule 36, this disposition will not be published. The Clerk is directed to withhold issuance of the mandate herein until seven days after resolution of any timely petition for rehearing or petition for rehearing en banc. See Fed. R. App. P. 41(b); D.C. Cir. Rule 41.

**Per Curiam**

A True copy:

United States Court of Appeals
for the District of Columbia Circuit

By: _____ Deputy Clerk